UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

CLARENCE HEATLEY,

       MOVANT,                  CASE NO.96-CR-515(LAP)

-VS-

UNITED STATES OF AMERICA,

MOTION FOR APPOINTMENT OF COUNSEL

PURSUANT TO UNITED STATES V. BARRETT, 903 F.3D 166,

IN LIHGT OF UNITED STATES V. DAVIS, 588 U.S.-,2019

  Comes now the petitioner, Clarence Heatley, pro se and respectfully moves this Honorable Court for appointment of counsel on the following grounds:

(1).

The movant contends that this Court's decision in United States v. Barrett, 903 F.3d 166 (2d Cir. 2018), was Vacated by the Supreme Court in a GVR order on June 28, 2019, in light of United States v. Davis, 588 U.S.--,2019 WL 2649797. Davis held, contrary to Barrett, that the residual clause of 924(c)(3)(B) is void for vagueness.

WHEREFORE, the movant requests appointment of counsel.

Dated this 11 day of June, 2020.          s/ Clarence Heatley
                                                              Clarence Heatley #39015-054

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

RE: UP-DATE ON PENDING CASE

<u>CLARENCE HEATLEY V. UNITED STATES</u>    CASE NO. 96-CR-515(LAP)

Dear Clerk of Court,

    I'm requesting a copy of the case docket entry in the above case number 96-CR-515, and any orders by this court in this pending matter.

Dated this 11 day of June, 2020.    s/ *Clarence Heatley*
                                                                    Clarence Heatley#39015-054

NAME Clarence Heatley
REG. NO. 37015-054
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, AL 35160

JUN 22 2020
U.S.D.C.
W.P.

Clerk United States District Court
Southeren District of New York
Charles L. Brieut, Jr Federal Building
And United States Court-House
300 Quarropas Street White Plains
New York 10601

BIRMINGHAM AL 350
25 JUN 2020 PM 2 L

10601-415099